**NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, Plaintiff–Counter–Defendant–Appellant,**

and

**National Football League, Defendant–Appellant,**

v.

**NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of Tom Brady, Defendant–Counter–Claimant–Appellee,**

and

**Tom Brady, Counter–Claimant–Appellee,**

and

**Michelle McGuirk, Appellant.**

No. 15–3228 (Con).

United States Court of Appeals, Second Circuit.

April 25, 2016.

Daniel L. Nash, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, for Plaintiff–Counter–Defendant–Appellee.

Michelle McGuirk, New York, NY, pro se.

Jeffrey L. Kessler, Esq., Winston & Strawn LLP, New York, NY, for Defendant–Counter–Claimant–Appellee.

PRESENT: ROBERT A. KATZMANN, Chief Judge, B.D. PARKER, DENNY CHIN, Circuit Judges.

**SUMMARY ORDER**

Appellant Michelle McGuirk moved in the district court to intervene in *National Football League Management Council, et al. v. National Football League Players Association, et al.*, Nos. 15–2801, 15–2805. The motion was denied. The parties' appeal to this Court was resolved in an opinion filed simultaneously with this summary order. Because McGuirk has failed to identify any adequate legal basis for her intervention, the district court's order is affirmed.